IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 13-00860LEK-17 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| (17) AKONI DAVIS | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT AND
NOTICE OF SENTENCING

Pursuant to the Amended Report and Recommendation of the United

States Magistrate Judge, to which there has been no timely objection, the plea of

guilty of the Defendant to Count 4 of the Indictment is now Accepted and the

Defendant is Adjudged Guilty of such offense.  All parties shall appear before this

Court for sentencing as directed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 28, 2014.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge